IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| SHADY SIDE ACADEMY, JONNA BURKE, <br><br> Plaintiffs, <br><br> vs. <br><br> PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., <br><br> Defendant, | 2:23-CV-01696-CRE |

**ORDER**

AND NOW, this 8th day of November, 2023,

IT IS HEREBY ORDERED that Plaintiffs' motion for preliminary injunction (ECF No. 5) is GRANTED as follows:

Defendant, Pennsylvania Interscholastic Athletic Association (PIAA and WPIAL) is hereby enjoined from continuing to impose a one-year suspension of Coach Burke, she is restored to her full coaching status, rights and abilities at Shadyside Academy; and

PIAA/WPIAL shall follow and apply the plain language of all rules, policies and procedures set forth in its bylaws, Constitution and Polices and Procedures as written so as to not violate the constitutional or other legal rights of those subjected to herein.

Plaintiffs' request for attorneys' fees is denied without prejudice.

So Ordered.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

1